RECEIVED
IN LAKE CHARLES, LA

JUN 2 7 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CARL LEWIS, individually and on behalf of MORGAN LEWIS | : | DOCKET NO. 05-2129 |
| VS. | : | JUDGE MINALDI |
| CITY OF LAKE CHARLES, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT OF DISMISSAL

On May 4, 2006, the court issued an order advising plaintiff that the court was considering dismissing defendant, ABC Insurance Co. because there was no indication that plaintiff had sought to amend his complaint to substitute a properly named defendant for the fictitious defendant. (*See*, May 4, 2006, Notice of Intent to Dismiss). Plaintiff was allotted 20 calendar days to amend his complaint to substitute a properly named defendant for ABC Insurance Co. or to file evidence of good cause for his failure to timely proceed against said defendant. More than 20 days have since elapsed without any response from plaintiff.

Accordingly, it is ordered that plaintiff's claims against defendant, ABC Insurance Co. be, and they are hereby DISMISSED, without prejudice. LR 41.3W. Said defendant may be reinstated upon good cause shown within thirty (30) days from today.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _____ day of June, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE