
RECEIVED
IN LAKE CHARLES, LA
JUN 2 8 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CARL LEWIS, individually and on behalf of MORGAN LEWIS | : | DOCKET NO. 05-2129 |
| VS. | : | JUDGE MINALDI |
| CITY OF LAKE CHARLES, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT OF DISMISSAL

On February 13, 2006, service was perfected against defendant, Kevin Charles Gasaway. On May 26, 2006, the court issued an order cautioning plaintiff that after 15 days, if defendant had not filed responsive pleadings, nor a default entered, then he would be dismissed. LR 41.3W.

Now, more than 15 days later, defendant, Kevin Charles Gasaway, still has not filed an answer, no default has been entered, nor has any cause been given. Accordingly, plaintiff's claims against defendant, Kevin Charles Gasaway, are hereby DISMISSED without prejudice. LR 41.3W. Said defendant may be reinstated upon good cause shown during the next thirty (30) days.

IT IS SO ORDERED.

Lake Charles, Louisiana, this 27 day of June, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE